SHANNON *vs.* VINCENT.

Where an affidavit of illegality was filed to an execution based on the foreclosure of a mortgage on personal property, and the affiant neither gave bond with security for the forthcoming of the property nor made affidavit of his inability, from poverty, to do so, the affidavit of illegality was properly dismissed.  Code, §§3975, 3976; 75 *Ga.*, 676.

Judgment affirmed.

April 20, 1886.

*See 54 Cal., 151; S. C.; 35 Am. R., 69.

JACKSON, Chief Justice.

[An affidavit to foreclose a mortgage on personalty was made, and to the levy the defendant interposed an affidavit of illegality under §3975 *et seq.* of the Code. No bond was given nor any affidavit of inability made. On demurrer, the justice dismissed the affidavit, and the defendant carried the case to the superior court by *certiorari*. The *certiorari* was overruled, and the defendant excepted.]